Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMBER CHRISTINE OCERNON LUCAS,<br><br>Defendant. | No. 6:16-MJ-0095-MJS<br><br>STIPULATION TO CHANGE PLEA AND SENTENCE DATE; AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the National Park Service, and Defendant Amber Christine Ocernon Lucas, by and through her attorney of record, Assistant Federal Defender, Reed Grantham, that the plea and sentence in the above-captioned matter set for May 24, 2017 be rescheduled to May 23, 2017 at 10:00 a.m.

Dated: May 8, 2017    /S/ Susan St. Vincent
                      Susan St. Vincent
                      Legal Officer
                      Yosemite National Park

Dated: May 8, 2017    /S/ Reed Grantham
                      Reed Grantham
                      Assistant Federal Defender
                      Attorney for Defendant
                      Amber Lucas

1

**ORDER**

For good cause shown, the Court accepts and adopts the above Stipulation and ORDERS that the May 24, 2017, Plea and Sentence in *U.S. v. Lucas*, *6:16-MJ-0095-MJS*, is hereby rescheduled to May 23, 2017 at 10:00 a.m.

IT IS SO ORDERED.

Dated: May 10, 2017 /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE