HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
AMBER LUCAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:16-MJ-00095-MJS |
| Plaintiff, | **STIPULATION TO CONTINUE THE MAY 23, 2017 CHANGE OF PLEA HEARING; ORDER** |
| vs. | |
| AMBER LUCAS, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Amber Lucas, that the change of plea hearing currently scheduled for May 23, 2017, may be moved to June 1, 2017, at 11:00 a.m., at the United States federal courthouse in Fresno, California.

The parties have reached a resolution in this matter. However, due to issues relating to Ms. Lucas's lack of transportation to Yosemite National Park on May 23, 2017, and Ms. Lucas's pregnancy (she is currently six months pregnant), the defense is requesting that the change of plea hearing be set in Fresno on June 1, 2017. The government is in agreement with this request.

//

//

//

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: May 19, 2017        /s/ Susan St. Vincent
                          Susan St. Vincent
                          Yosemite Legal Officer
                          Attorney for Plaintiff


                          HEATHER E. WILLIAMS
                          Federal Defender


Date: May 19, 2017        /s/ Reed Grantham
                          REED GRANTHAM
                          Assistant Federal Defender
                          Attorney for Defendant
                          AMBER LUCAS

## **O R D E R**

The Court hereby grants the parties' request to continue the change of plea hearing from May 23, 2017, to June 1, 2017, at 11:00 a.m., in case number 6:16-MJ-00095-MJS, at the United States federal courthouse in Fresno California.

IT IS SO ORDERED.

Dated: May 23, 2017        /s/ *Michael J. Seng*
                           UNITED STATES MAGISTRATE JUDGE