1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  HOPE ALLEY, CA SBN #314109
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   AMBER CHRISTINE OCERNON LUCAS

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,             Case No. 6:16-mj-00095
11
                    Plaintiff,           **MOTION TO VACATE MAY 15, 2018
12                                        REVIEW HEARING; ORDER**
   vs.
13
   AMBER CHRISTINE OCERNON
14 LUCAS,

15                  Defendant.

16

17        Defendant AMBER CHRISTINE OCERNON LUCAS hereby requests that the Court

18 vacate the May 15, 2018 review hearing.  The Government is in agreement with the request.

19        On June 1, 2017, the Court sentenced Ms. Lucas to 12 months of unsupervised probation

20 pursuant to a deferred entry of judgment, with the conditions that she obey all laws and advise

21 the Court and Government within seven days of being cited or arrested for any alleged violation

22 of law.  The Court also ordered Ms. Lucas to pay a $250 fine and attend AA meetings twice a

23 week for 6 months.

24        Ms. Lucas has had no new violations of law, has paid her fine in full, and has completed

25 the AA requirement.  Accordingly, Ms. Lucas respectfully requested that this Court vacate the

26 May 15, 2018 review hearing.

27 //

28 //

1  | Respectfully submitted,

2  | HEATHER E. WILLIAMS
   | Federal Defender

3

4  Date: May 8, 2018  | */s/ Hope Alley*
   | HOPE ALLEY

5  | Assistant Federal Defender
   | Attorney for Defendant

6  | AMBER CHRISTINE OCERNON LUCAS

7

8

9  **O R D E R**

10      Based on the parties' joint representation that Ms. Lucas is in compliance with the

11  conditions of her probation, the Court vacates the May 15, 2018 review hearing.

12

13  IT IS SO ORDERED.

14

15  Dated:  May 8, 2018        /s/ *Jeremy D. Peterson*

16  UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

Lucas - Motion to Vacate