1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  HOPE ALLEY, CA SBN #314109
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   AMBER CHRISTINE OCERNON LUCAS
7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | Case No. 6:16-mj-00095
12 |           Plaintiff,             | **MOTION TO DISMISS; ORDER**
13 | vs.                              |
14 | AMBER CHRISTINE OCERNON LUCAS,   |
15 |           Defendant.             |
16

17     Defendant Amber Christine Ocernon Lucas hereby files this motion to dismiss pursuant

18 to 18 U.S.C. § 3607(a).  The Government does not oppose this request.

19     On June 1, 2017, Ms. Lucas pleaded guilty to presence in the park when under the influence

20 of alcohol or a controlled substance in violation of 36 C.F.R. § 2.35(c).  Pursuant to the agreement

21 of the parties, the Court granted Ms. Lucas a deferred entry of judgment under 18 U.S.C. § 3607(a).

22 On May 9, 2018, the Court vacated Ms. Lucas's review hearing because she had fully complied

23 with the terms of her probation.  Ms. Lucas's probation expired on June 1, 2018.

24     Under 18 U.S.C. § 3607(a), "[a]t the expiration of the term of probation, if the person has

25 not violated a condition of his probation, the court shall, without entering a judgment of conviction,

26 dismiss the proceedings against the person and discharge him from probation."  18 U.S.C. §

27 3607(a).  Here, Ms. Lucas's term of probation has expired, and she did not violate any condition

28 of her probation.  Accordingly, Ms. Lucas requests that the Court, without entering a judgment of

conviction, dismiss the proceedings.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 16, 2018         */s/ Hope Alley*
                              HOPE ALLEY
                              Assistant Federal Defender
                              Attorney for Defendant
                              AMBER CHRISTINE OCERNON LUCAS

## **O R D E R**

Pursuant to 18 U.S.C. § 3607(a), the court hereby dismisses the proceedings against Ms. Lucas in *United States v. Lucas*, Case No. 6:16-mj-00095.

IT IS SO ORDERED.

Dated:   October 17, 2018                    _____
                                             UNITED STATES MAGISTRATE JUDGE